UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CONSTANCE L. COLLIER,**
        Plaintiff,

                                                          Civil No.**08-11712**
                                                         Hon. John Feikens

      v.

**COMMISSIONER OF SOCIAL SECURITY**,

        Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION**

      The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **3/6/2009**, and noted that no objections were filed by either party,

      **IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                                               <u>**s/John Feikens**</u>
                                                               John Feikens
                                                               United States District Judge

Dated:  March 31, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 31, 2009.

s/Carol Cohron
Deputy Clerk